**STATE of Missouri, Respondent,**

v.

**James CARTER, Appellant.**

**No. WD 45928.**

Missouri Court of Appeals, Western District.

Dec. 22, 1992.

■

Philip H. Schwarz, Kansas City, for appellant.

William L. Webster, Atty. Gen., Michael J. Spillane, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, P.J., and TURNAGE and KENNEDY, JJ.

## ORDER

PER CURIAM:

Appeal from judgment of conviction for the sale of cocaine base, § 195.211, RSMo 1991 Cum.Supp., and sentence of seven years.

The judgment is affirmed. Rule 30.25(b).